RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE                                                  E-filed  
701 Bridger Ave, Suite 820  
Las Vegas, NV 89101  
(702) 853-4500  
RAY13mail@LasVegas13.com  

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                                                         CHAPTER 13  
ALFREDO REYES                                                                       CASE NO: BKS-05-20979-MKN  
CRESENCIA REYES  
4475 E FABERGE AVENUE  
LAS VEGAS, NV 89115  

## CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED

Pursuant to Fed. R. Bankr P. 5009, Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments under the plan. Accordingly, the Trustee hereby submits the following Final Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must: be written, state the grounds of objection, and be filed no later than January 21, 2011, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101, with a copy served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101. In the absence of a timely filed Objection, the Bankruptcy Court will issue the debtor(s) a Discharge. In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to the Local Bankruptcy Rule 9014.

Case Filed Date:            Date Plan Confirmed:           Date Case Closed:  
09/30/2005                    12/08/2005                         12/07/2010  

Total funds received and disbursed pursuant to the plan:        $43,877.00        Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| BANK ONE | | 00001 | VEHICLE DIRECT | 0.00 | 0.00 | 0.00 |
| THE CIT GROUP/CONSUMER FINANCE INC | 9 | 00002 | MORTGAGE DIRECT | 97,864.39 | 0.00 | 0.00 |
| CLARK COUNTY TREASURER | 1 | 00003 | SECURED | 2,808.04 | 2,808.04 | 117.16 |
| REPUBLIC SERVICES | | 00004 | SECURED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 2 | 00005 | IRS PRIORITY | 28,076.95 | 28,076.95 | 0.00 |
| AAFES/MIL STAR/EXCHANGE | 10 | 00006 | UNSECURED | 5,244.59 | 536.05 | 0.00 |
| AARGON COLLECTION AGENCY | | 00007 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CAMCO | | 00008 | UNSECURED | 0.00 | 0.00 | 0.00 |
| CITI CARDS | | 00009 | UNSECURED | 0.00 | 0.00 | 0.00 |
| D&B RMS | | 00010 | UNSECURED | 0.00 | 0.00 | 0.00 |
| DR HARVEY OHRINER LTD | | 00011 | UNSECURED | 0.00 | 0.00 | 0.00 |

**REYES, ALFREDO and REYES, CRESENCIA**               CASE NO: BKS-05-20979-MKN

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| GC SERVICE | | 00012 | UNSECURED | 0.00 | 0.00 | 0.00 |
| GROLETA NATIONAL BANK | | 00013 | UNSECURED | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 2 | 00014 | IRS UNSECURED | 9,226.48 | 943.02 | 0.00 |
| JEFFREY G SLOANE ESQ | | 00015 | UNSECURED | 0.00 | 0.00 | 0.00 |
| PLUSFOUR INC FOR WILLIAM DRURY | 7 | 00016 | UNSECURED | 148.00 | 15.13 | 0.00 |
| TG FINANCIAL SVCS | 3 | 00017 | UNSECURED | 220.00 | 22.49 | 0.00 |
| TRI-CARE | | 00018 | UNSECURED | 0.00 | 0.00 | 0.00 |
| WANDERER & WANDERER | | 00019 | UNSECURED | 0.00 | 0.00 | 0.00 |
| LONG BEACH ACCEPTANCE CORP | 4 | 00020 | UNSECURED | 9,866.11 | 1,008.41 | 0.00 |
| PLUSFOUR INC FOR SOUTHWEST MEDICAL ASSOC | 5 | 00021 | UNSECURED | 10.00 | 1.01 | 0.00 |
| PLUSFOUR INC FOR WILLIAM DRURY | 6 | 00022 | UNSECURED | 20.00 | 2.03 | 0.00 |
| THE CIT GROUP/CONSUMER FINANCE INC | 9 | 00024 | MORTGAGE ARREARS | 2,170.78 | 2,170.78 | 0.00 |
| AARON & PATERNOSTER | | 00000 | Administrative | $2,000.00 | $2,000.00 | |

The debtor(s) attorney, AARON & PATERNOSTER, was allowed $2,894.00 of which $894.00 was paid directly by the debtor(s) and $2,000.00 was paid from the plan. The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $3,856.93 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $2,000.00 |
| Previous Attorney Fees | $0.00 |
| Priority | $28,076.95 |
| Secured | $5,095.98 |
| Unsecured | $2,528.14 |
| Refund to the Debtor and/or Chapter 7 Trustee | $2,319.00 |
| Total | $43,877.00 |

Dated: December 07, 2010                Submitted by:

/s/ Rick A. Yarnall
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lyonsmk              Page 1 of 1                  Date Rcvd: Dec 08, 2010
Case: 05-20979                Form ID: pdf917            Total Noticed: 26

The following entities were noticed by first class mail on Dec 10, 2010.
db/jdb        +ALFREDO MIGUEL REYES,   CRESENCIA REYES,   4475 E. FABERGE AVENUE,   LAS VEGAS, NV 89115-2447
cr            +The CIT Group/Consumer Finance, Inc.,   c/o Foreclosure Link, Inc.,
               715 S, Metropolitan Avenue, Suite 150,   Oklahoma City, OK 73108-2057
2344029       +AAFES,   P. O. Box 650038,   Dallas, TX 75265-0038
3841127      ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,   PO BOX 183853,
               ARLINGTON, TX  76096)
2649433       +Aafes/Mil Star/Exchange,   P O Box 740933,   Dallas, TX 75374-0933
2344030       +Aargon Collections,   3160 S. Valley View,   Ste 206,   Las Vegas, NV 89102-8316
2344031       +Bank One Auto,   Po Box 94015,   Palatine, IL 60094-4015
2344032       +CAMCO,   POB 5087,   Rockford, IL 61125-0087
2350067       +CLARK COUNTY TREASURER,   500 S GRAND CENTRAL PARKWAY,   P O BOX 551220,
               LAS VEGAS, NEVADA 89155-1220
2344033       +Citi Cards,   Po box 24330,   Oklahoma City, OK 73124-0330
2344034        Citifinancial Mortgage,   Po Box 9023,   Des Moines, IA 50368
2344035       +D&B RMS,   4836 Brecksville Road,   PO Box 523,   Richfield, OH 44286-0523
2344036       +Dr. Harvey Ohriner,   1111 Sierra Vista Drive,   Las Vegas, NV 89169-2903
2344037       +GC Services,   Collection Agency,   6330 Gulton,   Houston, TX 77081-1108
2344038       +Goleta National Bank,   5638 Hollister Avenue,   Ste. 100,   Goleta, CA 93117-3483
2344039      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   Attn: Bankruptcy Department,   Stop 5028,
               110 City Parkway,   Las Vegas, NV 89106)
2570586      ++LONG BEACH ACCEPTANCE CORP,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: LONG BEACH ACCEPTANCE CORP,   P.O. BOX  11450,
               SANTA ANA, CA  92711-1450)
2344041        Office of the County Treasurer,   P.O. Box 551220,   Las Vegas, NV 89155-1220
2577093        PLUSFOUR INC,   FOR SOUTHWEST MEDICAL,   6345 S PECOS RD,   LAS VEGAS, NV  89120-6222
2577102        PLUSFOUR INC,   FOR WILLIAM DRURY,   6345 S PECOS RD,   LAS VEGAS, NV  89120-6222
2344042       +Plusfour Inc.,   6345 S. Pecos Rd,   Las Vegas, NV 89120-6222
2344043       +Repulic Service, Inc.,   Po Box 78040,   Phoenix, AZ 85062-8040
2344044       +TG Financial services,   2228 Paradise Rd.,   Las Vegas, NV 89104-2516
2585540       +The CIT Group/Consumer Finance, Inc.,   715 S. Metropolitan Avenue,   Suite 150,
               Oklahoma City, OK 73108-2057
2585541       +The CIT Group/Consumer Finance, Inc.,   715 S. Metropolitan Avenue,   Suite 150,
               Oklahoma City, OK 73108-2057
2344045       +Tri-Care,   Po Box 77029,   Madison, WI 53707-1029

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2344040      ##+Jeffrey G. Sloane, Esq.,   1389 Galleria Drive, #200,   Henderson, NV 89014-6686
2344046      ##+Wanderer & Wanderer,   302 E. Carson St., Ste 520,   Las Vegas, NV 89101-5907
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2010**                    **Signature:** _Joseph Speetjens_